United States District Court
for the Middle District of Pennsylvania,

No. 3:21-CR-040

United States of America

V.

Kenneth Persise.

FILED SCRANTON JAN 12 2024 Per_____ DEPUTY CLERK

Im trying to Seek Some relief in my Sentence do to the fact of the Sentencing Guidelines Change for the Status points, When i was sentence under Criminal history zero-point offender, Specifically I was Sentence under Zero points, Do to the new law pass under the Part A-B of Amendment 821, Sentencing Guidelines I would like to Know if um eligible to receive Some Kind of status points (0) Zero offender relief in any part of My Sentence, Trying to Seek Some light in My Sentence, and under stand the Changes in the Amendment 821 Status points Guidelines reduction. Thanks for your time.

Kenneth Persise.

Respectfully Submitted Jan, 9 2024.

Kenneth Parsise
30366-509
FCI Fort Dix
P.O. Box 2000
Joint Base MDL, New Jersey 08640

RECEIVED
SCRANTON
JAN 12 2024
PER DJ
DEPUTY CLERK

TRENTON NJ 085
10 JAN 2024 PM 5 L

16501-114848

U.S. District Court
Middle District Pa.
P.O. Box 1148
Scranton Pa. 18503

