UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **United States of America,** | : | Criminal No. 3:21-CR-40 |
| v. | : | (JUDGE MANNION) |
| **Kenneth Persise** | : | |

## ORDER

Defendant has moved for a reduction of his term of imprisonment based on Amendment 821 to the United States Sentencing Guidelines. (Doc. 67.) Pursuant to Standing Order 2023-19, the Federal Public Defender's Office was appointed to represent Defendant. (Doc. 68.) Defense counsel later moved for permission to withdraw because Amendment 821 only allows for a reduction based on status points and Defendant has no criminal history or status points. (Doc 69.) The court allowed Defense counsel to withdraw, (Doc. 70), and now considers Defendant's *pro se* motion as filed. Since Defendant has no status points, Amendment 821 does not apply to him, and his motion based on that Amendment is **DENIED** with prejudice.

                                                                                       _____
                                                                                       MALACHY E. MANNION
                                                                                       United States District Judge

DATE: February 14, 2024
21-40-01